In the Matter of STANLEY SIMMONS, Appellant, v. RUSSELL G. OSWALD et al., Constituting the Board of Parole of the State of New York, Respondents. — Motion denied. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVIN EDMONDS, Appellant, v. JOSEPH CONBOY, as Superintendent of Great Meadow Correctional Institution, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN K. STODDARD, Appellant.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS GEORGE MOONEY, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. William Burke, Esq., Hamilton, N. Y., is hereby assigned as counsel. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

In the Matter of the Claim of RONALD COWAN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion granted and the fee of Henry J. Metzner, Esq., is fixed at $150 and his disbursements at $22.49. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

In the Matter of the Claim of PRIMO MONTAFIA, Appellant, v. DRAVO CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to relieve appellant of default granted and appeal reinstated upon condition that the appellant perfects his appeal by December 28, 1962 and be ready for argument at the January 1963 Term of this court. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

In the Matter of NATHANIEL I. STICH et al., Respondents, v. ROBERT F. WAGNER et al., Appellants.— Motion by the Supreme and Surrogate's Court Attaches Association for leave to appear *amicus curiæ*. Motion granted to the extent that movant may file a brief *amicus curiæ*. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

NATIONAL ADVERTISING COMPANY, INC., Appellant, v. NEW YORK STATE THRUWAY AUTHORITY, Respondent.— Stay granted upon condition the appellant perfects appeal by December 28, 1962 and be ready for argument at the January 1963 Term of this court. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.